■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAIMON JOHNSON, Appellant. [58 NYS3d 862]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Foley, J.), imposed December 10, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267

[2011]; *People v Boney*, 130 AD3d 1057, 1057 [2015]; *People v Lovick*, 127 AD3d 1108, 1109 [2015]). Eng, P.J., Hall, Sgroi, Maltese and Connolly, JJ., concur.